IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-724

| | |
|---|---|
| TARA Y. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CON-WAY FREIGHT, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER IS BEFORE THE COURT on its own motion. Due to the pending Motion for Summary Judgment, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **July 14, 2014.**

IT IS SO ORDERED.

Signed: March 3, 2014

Graham C. Mullen
United States District Judge